467 A.2d 61

Commonwealth v. Stevens, Appellant.
Petition for Allowance of Appeal
Denied April 6, 1984.

Submitted June 7, 1983. Walter W. Stevens, appellant, in propria persona; F. Cortez Bell, III, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, SPAETH and HESTER, JJ.

The judgment of sentence of the lower court is affirmed.